## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**UNITED STATES OF AMERICA,**

                             **Plaintiff,**          2004-CV-0034

    v.

**CLEOPHA BENNETT,**

                            **Defendant.**

**TO:**    Joycelyn Hewlett, Esq., AUSA
        Martial A. Webster, Esq.

### ORDER TO SHOW CAUSE

THIS MATTER came before the Court upon Defendant's Motion For Continuance (Docket No. 26) and the government's Motion to Cancel Hearing (Docket No. 27).

Being advised in the premises and being fully satisfied therein, the Court finds that the property at issue has not been redeemed properly by Defendant. Consequently, the order directing the government to file a motion to release funds to Santiago Camacho (Docket 21) will be vacated and the show cause hearing of Friday, July 13, 2007, at 10:00 a.m. will be canceled.

*United States v. Bennett*
2004-CV-0034
Order
Page 2

WHEREFORE, it is now hereby **ORDERED**:

1. The Court's Order (Docket No. 21) directing United States of America to file a motion and proposed order requesting the Clerk of Court to release funds to Santiago Camacho is **VACATED**.

2. United States of America's Motion to Cancel Hearing Scheduled For July 13 2007 [,] For Mootness (Docket No. 27) is **GRANTED**.

3. The Order to Show Cause (Docket No. 23) is **VACATED** and the show cause hearing scheduled for Friday, July 13, 2007, at 10:00 a.m. is **CANCELED**.

4. Defendant's Motion For Continuance (Docket No. 26) is **DENIED AS MOOT**.

                              ENTER:

Dated: July 13, 2007                              /s/
                                            GEORGE W. CANNON, JR.
                                            U.S. MAGISTRATE JUDGE